IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., a Florida corporation; and FIELDTURF INC., a Canadian company, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL SPORTS TURF, LLC, a Michigan Domestic Limited Liability Company <br><br> Defendant. | CIVIL ACTION NO. <br> 04-cv-6474 <br><br> Hon. Blanche M. Manning <br> Mag. Judge Ian H. Levin <br><br><br><br> DEMAND FOR JURY <br> TRIAL |

### NOTICE OF AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

PLEASE TAKE NOTICE that on November 2, at 11 a.m., or as soon thereafter as counsel may be heard in Courtroom 2125 of the above-entitled Court, Defendant and Plaintiffs, by and through their respective counsel, will move this Court for an order for an extension of time for Defendant to Answer the Complaint or otherwise plead.

DOCKETED
NOV 3 - 2004

FILED
OCT 26 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

FIELDTURF INTERNATIONAL, INC., a ) CIVIL ACTION NO.
Florida corporation; and FIELDTURF INC., ) 04-cv-6474
a Canadian company, )
                                      ) Hon. Blanche M. Manning
                  Plaintiffs, ) Mag. Judge Ian H. Levin
   v. )
                                      )
GENERAL SPORTS TURF, LLC, a ) DEMAND FOR JURY
Michigan Domestic Limited ) TRIAL
Liability Company )
                  Defendant. )

## AGREED MOTION FOR EXTENDSION OF TIME TO ANSWER OR OTHERWISE PLEAD

COMES NOW the Defendant, General Sports Turf, LLC ("General Sports"), and the Plaintiffs, FieldTurf Inc. and FieldTurf International, Inc. (collectively "FieldTurf"), and move this Court, via this agreed motion, for an order extending the time for the Defendant to file an Answer or otherwise plead in the above-captioned matter until November 15, 2004. Originally, the Answer or pleading would have been due on November 1, 2004.

GENERAL SPORTS TURF, LLC

By: _____Steven W. Hays_____
John A. Artz
John S. Artz
Robert P. Renke
Steven W. Hays
ARTZ & ARTZ
28333 Telegraph Road, Suite 250
Southfield, MI 48034

FIELDTURF INC and FIELDTURF
INTERNATIONAL INC., Plaintiffs

By: _____
Jody L. Factor
Edward L. Bishop
FACTOR & LAKE, LTD.
1327 W Washington Blvd.
Suite 5G/H
Chicago, IL 60607

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion and Motion were served via facsimile, at (248) 223-9522, upon Steven W. Hays, ARTZ & ARTZ, 28333 Telegraph Road, Suite 250, Southfield, Michigan, 48034, on October 26, 2004.

_____
Edward L. Bishop